# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
3:00 pm, 10/23/18
**Stephan Harris**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| HOWARD KIM SHULL | Case Number:  18-CR-108-S-03 |
| Defendant. | |

**ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET**

Date 10/23/18     Time  2:01 - 2:43

☐ Arraignment   ☑ Change of Plea        Before the Honorable   Kelly H. Rankin

Interpreter: N/A                Int. Phone: N/A

| Zachary Fisher | Anne Bowline | Kristin Danni | Jon Goodman |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES   Government:  Nicole Romine

Defendant:   Mark Hardee

☐ FPD   ☑ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)  1  of an Indictment
☐ *Nolo Contendere*

**NOT GUILTY PLEA**                                **GUILTY PLEA**

☐ Court accepts *Nolo Contendere* Plea         ☑ Court is satisfied there is factual basis for plea of guilty
☐ Court orders discovery per Rule 16 FRCrP     ☑ Defendant referred to probation for presentence investigation
☐ Court orders access to Grand Jury Transcripts ☑ Defendant advised on consequences of a plea of guilty
☐ Motions to be filed in _____ days or          ☑ Plea agreement filed
on/before _____                            ☑ Sentencing set for  January 3, 2019  at  8:15 a.m.
☐ Trial date set for _____ at _____         in  Casper, Wyoming (before SWS) CR #2
in _____                   ☐ Plea conditionally accepted
☐ Speedy trial expires on _____            ☑ Count(s)  4  to be dismissed at time of sentencing
☑ Other   Defendant waived guilty pleas before USDJ and consents to plea before USMJ (waiver on file)

BOND IS  ☑ Defendant is detained
☐ Set at _____   ☐ Cash or Surety   ☐ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____   ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed   ☐ Travel restricted to _____
☐ Maintain current residence   ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives   ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol   ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing   ☐ Avoid all contact with _____
☐ Surrender passport to _____   ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local   ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☐ Other _____